IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NAFANZO E. GLASS | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-mc-00027-CG-B |
| | ) | |
| KRISHNA KRUPA, LLC, | ) | |
| | ) | |
| Co-Petitioner | ) | |
| | ) | |

**ORDER**

This cause comes before the court on the amended joint motion to approve their amended Fair Labor Standards Act ("FLSA") settlement agreement filed on October 15, 2010. After due consideration of all matters presented and for the reasons set forth herein, it is **ORDERED** that the parties' amended Joint Petition to Approve FLSA Settlement Agreement (Doc. 3) is **GRANTED** and the settlement is **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues. In accordance with the amended Settlement Agreement, Krishna Krupa, LLC shall pay $9,000 to Plaintiff. This case is **DISMISSED** with prejudice. This court will not reserve jurisdiction to enforce the settlement agreement. The Clerk of the Court is directed to close this file.

**DONE and ORDERED** this 25th day of October, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

1